UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN ADMIRALTY

CASE NO.: 14-cv-00053-JES-DNF

IN THE MATTER OF:

The Complaint of Freedom Boat Club, L.L.C. as Owner of the Motor Vessel Big Champ, a 22' NauticStar 2XSS, bearing Hull Identification Number JNT19191C212, Florida Registration No. FL3293PM, its engines, tackle, appurtenances, equipment, etc., in a cause of exoneration from or limitation of liability,

Petitioner.
_____/

**ORDER ON AD INTERIM STIPULATION, MONITION AND INJUNCTION**

A Complaint having been filed herein by Freedom Boat Club, L.L.C. as owner of the motor vessel *Big Champ* claiming the benefits of exoneration from or limitation of liability as provided for in the Act of Congress embodied in 46 U.S.C. § 30501 *et seq.*, together with all statutes supplementary thereto and amendatory thereof, and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and Local Admiralty and Maritime Rules, and also contesting liability independently of the limitation of liability claim under said Act for any loss, damage, deaths, personal injuries, damage or destruction of property or other occurrences arising from the incident described in said Complaint, which occurred on December 22, 2013 on the navigable waters of the United States in the Intercoastal Waterway at Marker 17-A near Stump Pass Marina in Englewood, Florida; and said Complaint also stating the facts and

circumstances on which such exoneration from or limitation of liability is claimed; and on hearing counsel for Petitioner and on considering the Complaint and the Report of Vessel Value which are on file herein, and that Petitioner is able and willing to make such increases or decreases in the *Ad Interim* Stipulation, together with adequate surety as the Court may from time to time require and the value of Petitioner's interest in the Vessel can be more definitely ascertained, the Court finds that an *Ad Interim* Stipulation in the amount of $25,000.00, in addition to interest at the rate of six percent (6%) per annum and costs of court is adequate to fully cover the value of Petitioner's interest in the Vessel, together with its engines, tackle, appurtenances, etc., and its pending freight, if any. NOW, on Motion of Petitioner, it is hereby

**ORDERED** that the Motion to Approve Ad Interim Stipulation and for a Monition and Injunction (Doc. 6) filed on January 30, 2014 is **GRANTED;**

**ORDERED** that the *Ad Interim* **Stipulation** filed herein by the Petitioner, which represents the value of Petitioner's interest in the Vessel and its pending freight, if any, as fixed by the Court herein in the amount of $25,000.00, together with costs of Court and interest at the rate of six percent (6%) per annum, with Petitioner being subject to such increases or decreases in the amount of such *Ad Interim* Stipulation, together with adequate surety, as the Court may from time to time order according to the rules and practices of this Court, **be and is hereby APPROVED**; and it is further

**ORDERED** that any party, including Petitioner, may apply to have the amount of said *Ad Interim* Stipulation increased or decreased, as the case may be,

on the filing of the report of the Commissioner appointed, if any, to appraise the amount or value of Petitioner's interest in the Vessel and its pending freight, if any, or upon the ultimate determination by the Court on exceptions to the Commissioner's report, if any; and it is further

**ORDERED** that if the amount of said *Ad Interim* Stipulation is not contested by any Claimant herein, said *Ad Interim* Stipulation shall stand as a stipulation for value and an appraisal will not be required; and it is further

**ORDERED** that the **Notice of Monition** filed herein by the Petitioner **be and is hereby APPROVED** and shall stand as if it were issued out of and under the seal of the Clerk of this Court; and it is further

**ORDERED** that publication of the aforesaid approved Notice of Monition in the form required by Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure be published once a week for four successive weeks prior to the date fixed for the filing of claims in accordance with Local Admiralty Rules 7.01 and 7.06 and that said Notice of Monition shall stand as if it were issued out of and under the seal of this Court; and it is further

**ORDERED** that the commencement or further prosecution of any action or proceeding against Petitioner, the Vessel or any other property of Petitioner with respect to any claims for which Petitioner seeks exoneration from or limitation of liability herein, including any claim arising out of or incident to or connected with any loss, damage, injury, death or destruction, more fully described in the Complaint, be and the same is hereby restrained, stayed and enjoined until the hearing and determination of this action; and it is further

3

**ORDERED** that service of this Order as a restraining order may be made by mailing a conformed copy of it to the person or persons to be restrained, or to their respective attorneys, or alternatively, by hand delivery.

**IT IS FINALLY ORDERED AND ADJUDGED** that Petitioner, no later than the second day of publication of the notice ordered herein, shall mail a copy of the notice to every person or entity known to have made a claim against Petitioner or the Vessel arising out of the incident more fully described in the Complaint.

**DONE AND ORDERED** in Fort Myers, Florida this 31 day of January, 2014.

*[signature]*
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record